UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

RAFAEL SANCHEZ,
    Petitioner,

        vs.                        CIVIL ACTION
                                      NO. 05-11209-DPW

UNITED STATES OF AMERICA,
    Respondent.

**ORDER**

WOODLOCK, District Judge

    Pursuant to Rule 4(b) of the Rules Governing Section 2255 Cases, the Clerk of this Court is hereby ordered to serve a copy of the **Motion to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody**, upon the office of the United States Attorney.

    It is further ordered that the office of the United States Attorney shall, within 20 days of receipt of this Order, but no later than **JULY 15, 2005,** file a dispositive response, or other responsive pleading, if a dispositive response is not appropriate, to the motion. If Respondent intends to file a dispositive motion in this case, a dispositive motion shall be filed by **JULY 15 2005.**

                                              BY THE COURT,

                                              /s/ Michelle Rynne
                                              Deputy Clerk

DATED: June 15, 2005