```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

RAFAEL SANCHEZ,               )
                              )
          Petitioner          )
                              )
     v.                       )  Civil No. 05-11209-DPW
                              )
UNITED STATES OF AMERICA,     )
                              )
          Respondent.         )
```

### GOVERNMENT'S MOTION TO ENLARGE TIME WITHIN WHICH TO FILE RESPONSE

The United States of America, through its attorneys, Michael J. Sullivan, United States Attorney for the District of Massachusetts, and Assistant U.S. Attorney Heidi E. Brieger, hereby respectfully moves the Court to continue for fourteen (14) calendar days -- to July 29, 2005 -- the time within which the Government must respond to the Petition in the above-captioned matter.

As grounds for the request, the government states that a brief amount of additional time is needed in order to adequately review and revise its final submission to the Court.

**WHEREFORE,** the government respectfully requests this Court to continue the time within which it must respond to Defendant's

Petition in this matter to July 29, 2005.

                                    Respectfully submitted,

                                    MICHAEL J. SULLIVAN
                                    United States Attorney

                         By:  */Heidi E. Brieger/*
                              HEIDI E. BRIEGER
                              Assistant U.S. Attorney

## **CERTIFICATE OF SERVICE**

Suffolk, ss.                    Boston, Massachusetts

     This is to certify that a copy of the foregoing motion was sent by United States mail to Rafael Sanchez, 16974-038, FCI Fort Dix, P.O. Box 7000, Fort Dix, NJ 08640, this 19th day of July, 2005.

                                    */Heidi E. Brieger/*
                                    HEIDI E. BRIEGER
                                    Assistant U.S. Attorney