UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RAFAEL SANCHEZ, )<br>)<br>Petitioner )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>Respondent. ) | Civil No. 05-11209-DPW |

GOVERNMENT'S MOTION TO ENLARGE TIME
WITHIN WHICH TO FILE RESPONSE

The United States of America, through its attorneys, Michael J. Sullivan, United States Attorney for the District of Massachusetts, and Assistant U.S. Attorney Heidi E. Brieger, hereby respectfully moves the Court to continue -- to August 31, 2005 -- the time within which the Government must respond to the Petition in the above-captioned matter.

As grounds for the request, the government states that a brief amount of additional time is needed in order to adequately review and revise its final submission to the Court, because the government's attorney will be on vacation from August 1 through August 16, and she has a First Circuit brief due on August 25, 2005, in the matter of United States v. Jason Pacheco, Appeal No. 04-1882.

**WHEREFORE**, the government respectfully requests this Court to continue the time within which it must respond to Defendant's

Petition in this matter to August 31, 2005.

                                Respectfully submitted,

                                MICHAEL J. SULLIVAN
                                United States Attorney

                      By:  */Heidi E. Brieger/*
                                _____
                                HEIDI E. BRIEGER
                                Assistant U.S. Attorney

## **CERTIFICATE OF SERVICE**

Suffolk, ss.                    Boston, Massachusetts

    This is to certify that a copy of the foregoing motion was sent by United States mail to Rafael Sanchez, 16974-038, FCI Fort Dix, P.O. Box 7000, Fort Dix, NJ 08640, this 26th day of July, 2005.

                                */Heidi E. Brieger/*
                                _____
                                HEIDI E. BRIEGER
                                Assistant U.S. Attorney