UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**RAFAEL SANCHEZ,**
        Peititioner,

Vs.                         CIVIL ACTION No. 05-1129-DPW

**UNITED STATES OF AMERICA,**
        Respondent.

### PETITIONER'S OPPOSITION TO GOVERNMENT'S MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE RESPONSE

COMES NOW, Petitioner Rafael Sanchez, and in his opposition to the Government's motion for an enlargement of time, respectfully states:

1. That on or about 8 June 2005, Petitioner filed a motion to vacate sentence under 28 U.S.C. 2255.

2. That on or about 15 June 2005, this court ordered the Government to file a response to Petitioner's motion within 20 days of receipt of the court's order. Hence, the Government's response was to have been filed in this court on or before 15 July 2005.

3. That on or about 19 July 2005, four days after the Government's response was due in this court, this court, the Government again motioned this court for an enlargement of time until 29 July 2005. Petitioner, as a matter of courtesy, did not file any opposition with respect to the Government's request.

4. That on or about 26 July 2005, some three days before it's response was due, the Government has again filed for another enlargement of time within which to file it's response. That to

this motion, Petitioner respectfully files this opposition.

5. That this court should not grant the Government another enlargement of time because it has not presented any just cause that would support it's motion for this second enlargement of time.

For Petitioner's motion is not complicated; nor does it involve any difficult nor any complex issues. Moreover, the office of the United states District Attorney for the District of Massachusetts is not a one man nor one woman law firm. The fact that the assistant United States attorney assigned to Petitioner's case is on vacation leave, does not preclude the case from being assigned to another attorney who can prepare a response to the petition. There is no trial to he had herein, only the filing of a response to a motion to vacate sentence, which is routine day-to-day office duty that does not have to wait 30 days to be prepared and submitted.

For Petitioner's file could be easily assigned to another office attorney to file the response without causing any further delay in this matter. For time is of the essence to Petitioner, who has been in prison for almost 18 years.

This court should not grant the Government another enlargement but should order the Government to file it's response now.

Respectfully submitted,

s/ Rafael Sanchz
RAFAEL SANCEZ

**CERTIFICATE OF SERVICE**

This is to certify that a copy of this motion was mialed this _1_ day _August_ of 2005, postage prepaid to:

>Heidi E. Brieger
>Assistant U.S. Attorney
>District of Massachusetts
>John J. Moakley Courthouse
>suite 9200
>One Courthouse Square
>Boston, Mass.  02210

>s/ *Rafael Sanchez*
>RAFAEL SANCHEZ
>REG#
>FCI FORT DIX
>P.O. BOX 2000
>FORT DIX, NJ  08640