IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

RAFAEL SANCHEZ,

        Petitioner     :    Criminal No.88-246-02

                          :    Civil No.05-11209-DPW

v.                       :

UNITED STATES OF AMERICA,  :

        Respondent.   :

PETITIONER'S MOTION FOR EXTENSION OF
TIME TO FILE A REPLY TO GOVERNMENT'S
OPPOSITION FILED HEREIN

    Comes now, Petitioner Rafael Sanchez, and respectfully moves this Honorable Court for an extension of the time to file his reply to the Government's opposition filed herein, and as grounds and reasons therefore respectfully states:

    1. That on or about September 26, 2005, Petitioner received the Government's opposition filed herein. That Petitioner will reply to the opposition, but respectfully requests that this Honorable Court give him a 45-day extension to file his reply. If this court were to grant this extension, Petitioner's reply would be due in this court on or before November 9, 2005.

    2. That Petitioner has limited access to the prison law library, because the law library is only open for prisoner's use at stated days, time, and hours. The prison law library is closed all day on Sunday; it is closed Friday and Saturday evenings. The prison law library opens at 7:30am on Wed., Friday, Saturday, and holidays. Moreover, Petitioner works during the day and evenings, and is not permitted to use the prison law library during

his working hours. Petitioner is only authorized to use the prison law library during his off-duty hours. Hence Petitioner can only use the prison law library when the law library is available for use, and not when he is available to use the law library.

3.  That Petitioner, a layman in the law, and must do all of his own research and preparations for the reply. Also, because of the limited time the law library is open for prisoner use, and the limited time Petitioner has access to the prison law library, he would need more time to use the law library in researching and preparing the reply.

4.  That this motion is being requested in good faith. This motion is not being requested to gain any legal nor tactical advantage over the government; nor is this motion being requested for any reason other than stated herein. If this Court were to grant Petitioner's motion, none of the rights of the parties wou__ be affected thereby; nor would the current legal standing and position of the parties hereto be advanced, diminished, increase_ limited, curtailed, nor reversed. That the granting of this motion would serve the ends of justice.

5.  That if this court were to grant the motion herein, and give Petitioner 45-days to file his reply, Petitioner's reply would be due in this Court on or before November 9, 2005. Thus, Petitioner would respectfully entreat this court to give him 45 days to file his reply.

Dated: 9/27/05

Respectfully submitte_
s/ Rafael Sanchez
RAFAEL SANCHEZ

2

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Motion was mailed this 27 day, September 2005, postage prepaid to:

> United States Attorney's Office
> District of Massachusetts
> John J. Moakley Courthouse
> suite 9200
> 1 Courthouse way
> Boston, Ma   02210

Dated: Sept 27 ,2005

*Rafael Sanchez*
RAFAEL SANCHEZ