Rafael Sanchez, Reg. No. 16974-038
F.C.I. Fort Dix, P.O. Box 2000-Unit 5741
Fort Dix, New Jersey 08640
October 31, 2005

To: Office of The Clerk
U.S. District Court
1 Courthouse Way, Suite 2300
Boston, Ma. 02210

In re: Sanchez v. U.S.; CA No. 1:05-cv-11209; Judgment on Pleadings

Dear Honorable D.P. Woodlock:

Please accept this letter in lieu of a formal motion for judgment on pleadings for the reasons that follows. I was given an extension of time to file a Reply until November 9, 2005. I am unable to file a Reply because the inmate who was providing assistance has been transferred to another institution.

Therefore, this Court may rule on the pleadings without petitioner's reply. However, if it decides to dismiss this matter it should do so without prejudice because substantial rights and liberty interest are involved in the claims presented. Accordingly, the petitioner prays this Court find in his favor in the interest of justice.

Respectfully submitted
*Rafael Sanchez*

## Certificate of Service

I hereby certify that a copy of this letter motion for judgment on pleadings was mailed to: Heidi E. Brieger, Esq.; Assistant U.S. Attorney at 1 Courthouse Way Suite 9200 Boston, Ma. 02210 - on this 1st day of November 2005 by deposit in legal mail box at F.C.I. Fort Dix, N.J.

Respectfully

Rafael Sanchez